**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ABDU AHMMAD, | § | |
|     Plaintiff, | § | |
| vs. | § | Civil Action No. 3:13-CV-5019-N-BH |
| | § | |
| WELLS FARGO BANK, NA, | § | |
|     Defendant. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Wells Fargo Bank, N.A.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction*, filed February 19, 2014 (doc. 8), is **GRANTED**, and its alternative *Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, Application to Compel Arbitration, Plea in Abatement, and Motion to Stay Suit Pending Arbitration* are **DENIED as moot**. By separate judgment, all of Plaintiff's claims against Defendant will be **DISMISSED without prejudice**.

**SIGNED** this 9th day of September, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE